## STATE OF CONNECTICUT *v.* DAVID KNIGHT

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 189 (AC 30145), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*David V. DeRosa,* special public defender, in support of the petition.

*Nancy L. Walker,* special deputy assistant state's attorney, in opposition.

Decided March 31, 2011